FILED'09 AUG 18 14:13 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

AT PORTLAND

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>PLAINTIFF,<br><br>DIANA DOMINGUEZ,<br><br>PLAINTIFF/INTERVENOR,<br><br>v.<br><br>WILCOX FARMS, INC., WILCOX DAIRY FARMS, LLC, and WILCOX FARM SERVICES, LLC<br><br>DEFENDANTS. | Case No. 08-CV-1141-MO<br><br>[Proposed] ORDER OF APPROVAL OF CONSENT DECREE AND OF DISMISSAL OF LAWSUIT |

The Court, having considered the stipulated agreement of the parties, reviewed the terms of the Consent Decree in light of the pleadings, the record herein, and the applicable law, HEREBY ORDERS, ADJUDGES AND DECREES that the foregoing Consent Decree be, and the hereby is, approved as the final agreement in full settlement of this action. Plaintiff

Page 1 – [Proposed] ORDER OF APPROVAL OF CONSENT DECREE AND OF DISMISSAL OF LAWSUIT

Equal Employment Opportunity Commission's Second Amended Complaint and Plaintiff/Intervenor's Amended Complaint in Intervention are hereby dismissed with prejudice and without costs or attorneys' fees to any party. The Court retains jurisdiction of this matters for purposes of enforcing the Consent Decree approved herein.

DATED this _____ day of _____, 2009.

_____
Honorable Michael W. Mosman

Presented By:

By: _____
JONATHAN T. PECK, #12303 (VA)
Equal Employment Opportunity Commission
350 The Embarcadero, Suite 500
San Francisco, CA 97105-1260
Telephone: (415) 625 5650
Facsimile: (415) 625-5657
Jonathan.Peck@eeoc.gov
Of Attorneys for Equal Employment Opportunity Commission

By _____
MAVEL MORALES, OSB #06096
Oregon Law Center
328 W. Main Street, #200
Hillsboro, OR 97123
Telephone: (503) 726-4381
Facsimile: (503) 726-4382
mmorales@oregonlawcenter.org

LAURIE A. HOEFER, OSB #054234
Legal Aid Services of Oregon
397 N First Street
Woodburn, OR 97021
Telephone: (503) 981-5291
Facsimile: (503) 981-5292
laurie.hoefer@lasoregon.org

Of Attorneys for Plaintiff/Intervenor

Equal Employment Opportunity Commission's Second Amended Complaint and Plaintiff/Intervenor's Amended Complaint in Intervention are hereby dismissed with prejudice and without costs or attorneys' fees to any party. The Court retains jurisdiction of this matters for purposes of enforcing the Consent Decree approved herein.

DATED this 18 day of Aug., 2009.

_____
Honorable Michael W. Mosman

Presented By:

By: _____
JONATHAN T. PECK, #12303 (VA)
Equal Employment Opportunity Commission
350 The Embarcadero, Suite 500
San Francisco, CA 97105-1260
Telephone: (415) 625-5650
Facsimile: (415) 625-5657
Jonathan.Peck@eeoc.gov

Of Attorneys for Equal Employment Opportunity Commission

By _____
MAVEL MORALES, OSB #06096
Oregon Law Center
328 W. Main Street, #200
Hillsboro, OR 97123
Telephone: (503) 726-4381
Facsimile: (503) 726-4382
mmorales@oregonlawcenter.org

LAURIE A. HOEFER, OSB #054234
Legal Aid Services of Oregon
397 N. First Street
Woodburn, OR 97021
Telephone: (503) 981-5291
Facsimile: (503) 981-5292
laurie.hoefer@lasoregon.org

Of Attorneys for Plaintiff/Intervenor

By /s/ Kevin H. Kono
KEVIN H. KONO
OSB #02352
EVERETT W. JACK, JR.
OSB #89268
Telephone: (503) 241-2300
Facsimile: (503-778-5299
kevinkono@dwt.com
everettjack@dwt.com

Attorneys for Defendants Wilcox Farms, Inc.,
Wilcox Dairy Farms, LLC, and Wilcox Farm Services, LLC